**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02396-LTB

MICHELE CRUZ,

      Plaintiff,

v.

RMEL, a Colorado nonprofit corporation and
AEROTEK, INC., ALLEGIS GROUP, INC., and CORPORATION DOES 11-10, unknown
business entities, all collectively d/b/a "AEROTEK",

      Defendants.
_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Joint Stipulation of Dismissal

With Prejudice (Doc 4 - filed December 16, 2008), and the Court being fully advised in the

premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                         BY THE COURT:


                         __s/Lewis T. Babcock_____
                         Lewis T. Babcock, Judge

DATED:   December 17, 2008